433 A.2d 109

Commonwealth v. Derry, Appellant.

Submitted September 13, 1979. George Philip Stahl, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.